**David R. Forgan et al., appellants, v. Gordon Motor Finance Company, appellee. Gen. No. 35,142.**

Opinion filed December 2, 1931. Rehearing denied December 22, 1931.

Goldman, Allshouse & Healy, for appellants; Robert G. Dreffein, of counsel. Short, Rothbart, Willner & Lewis, for appellee; Seymour M. Lewis, of counsel.

Mr. Justice Wilson delivered the opinion of the court.